UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH LUDWIG as Personal Representative
of the Estate of John Brandes, Deceased,

    Plaintiff,

v.

BENTON HARBOR HOUSING COMMISSION
and ROVER SECURITY GUARD AGENCY, INC.,

    Defendants.
    _____/

Case No. 1:07-cv-523

HON. JANET T. NEFF

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Defendant Rover Security Guard Agency's Motion to Remand (Dkt 5) is DENIED.

DATED: March 4, 2008        /s/ Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge